**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,                 Case No.: 26-mc-50538

v                                  Hon. Mark A. Goldsmith

GREGORY MCKNIGHT,

      Defendant,

and

FIDELITY INVESTMENTS INSTITUTION-PENSION,

      Garnishee.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, Monica Green, Supervisory Paralegal, for the Money Laundering and Asset Recovery Unit, mailed the following documents and this certificate of service by US First-Class Mailing to Defendant and Certified Mailing, Return Receipt Requested, # 9589 0710 5270 2971 9365 76 to Garnishee:

Gregory Mcknight
REDACTED

Rawlins, WY 82301
*Defendant (or Defendant's counsel)*

1. Application for Writ of Continuing Garnishment
2. Writ of Continuing Garnishment
3. Clerk's Notice of Writ
4. Request for Hearing Forms/Notice of Exemptions

Fidelity Investments Institution-pension
C/o James Polsonetti
400 Puritan Way
Marlborough, MA 01752
*Garnishee*

1. Writ of Continuing Garnishment
2. Answer of Garnishee Form

JEROME F. GORGON JR.
United States Attorney

By:  /s/ PETER F. SCHNEIDER
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9762
E-mail: peter.schneider@usdoj.gov

Date: May 27, 2026

Bar No.: (P75256)

mg