# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v

GREGORY MCKNIGHT,

        Defendant,

and

PRUDENTIAL RETIREMENT,

        Garnishee.

_____/

Case No.: 26-mc-50538
Hon. Mark A. Goldsmith

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, Monica Green, Supervisory Paralegal, for the Money Laundering and Asset Recovery Unit, mailed the following documents and this certificate of service by US First-Class Mailing to Defendant and Certified Mailing, Return Receipt Requested, # 9589 0710 5270 2971 9365 69 to Garnishee:

Gregory Mcknight
REDACTED

Rawlins, WY 82301
*Defendant (or Defendant's counsel)*

1. Application for Writ of Continuing Garnishment
2. Writ of Continuing Garnishment
3. Clerk's Notice of Writ
4. Request for Hearing Forms/Notice of Exemptions

Prudential Retirement
30 Scranton Office Park
Scranton, PA 18507-1789
*Garnishee*

1. Writ of Continuing Garnishment
2. Answer of Garnishee Form


JEROME F. GORGON JR.
United States Attorney


By:  /s/ PETER F. SCHNEIDER
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9762
E-mail: peter.schneider@usdoj.gov

Date: May 27, 2026                        Bar No.: (P75256)


mg