

**DEFENDANT'S REQUEST TO INCLUDE THE JUNE 15, 2026 GARNISHMENT IN THE JULY 15, 2026 HEARING**

Defendant respectfully requests that the Writ of Continuing Garnishment issued June 15, 2026 to Fidelity Workplace Services LLC be included in the hearing already scheduled for July 15, 2026 in Case No. 4:26-mc-50538.

This garnishment arises from the same underlying restitution order, involves the same enforcement statutes (28 U.S.C. §§ 3202 and 3205), and presents the same issues already before the Court in Defendant's Objections and Motion to Stay (ECF No. 7). Consolidating this garnishment into the July 15 hearing will promote judicial economy, avoid duplicative proceedings, and ensure consistent resolution of related enforcement actions.

Defendant incorporates by reference his objections, exemptions, and Motion to Stay filed June 3, 2026 (ECF No. 7).

Date: 6/30/2026

Signature:

Gregory McKnight
405 Harshman St.
Rawlins, WY 82301

F I L E D
JUL 1 0 2026
CLERK'S OFFICE
DETROIT

Gregory McKnight
405 Harshman St.
Rawlins, WY 82301



U.S. MARSHAL



RECEIVED
JUL 10 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

Clerk of the Court
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 599
Detroit, MI 48226

48226$2700 C052