4

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

GREGORY MCNIGHT
Defendant

and

FIDELTY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY,
Garnishee.

_____

Case No. 12CR20101 01



FILED

AUG 04 2026

CLERK'S OFFICE
DETROIT

### ANSWER OF GARNISHEE

1. Emilee Hoover, being duly deposed says as follows:

2. I am an employee of Fidelity Investments, and my official title is Senior Manager, Compliance Advisor.

3. The following Answer of Garnishee is provided in lieu of the form answer provided by the Plaintiff.

4. Please note that Fidelity Investments is a trade name for a group of separate but affiliated companies. This response is written on behalf of Fidelity Workplace Services LLC ("Fidelity") who provided administrative recordkeeping services for the General Motors Hourly Rate Employees Pension Plan ("Plan") which is a qualified defined benefit plan subject to both the provisions of the Internal Revenue Code of 1986, as amended ("Code") and the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). These services are provided in accordance with the terms of the Plan documents and are based on administrative procedures established at the direction of the Plan sponsor, General Motors Corporation.

5. On or about July 24, 2026, Fidelity received a Writ of Garnishment.

6. This Answer of Garnishee is provided at the direction of the Plan sponsor, General Motors Corporation.

7. Fidelity has received previous garnishments relative to the Defendant.

8. Fidelity is the administrative record keeper for the General Motors Hourly Rate Employees Pension Plan in which the Defendant has commenced receipt of his benefit and is considered to be "in-pay."

9. The defendant is receiving a monthly annuity payment of $596.93 for the duration of his lifetime with a joint and contingent annuity payable to his spouse upon his death. Please note, as the defendant has commenced receipt of his benefit in the form of an annuity, he may not have the ability to change his benefit form.

10. Fidelity mailed a copy of this Answer by first-class mail on July 28, 2026, to (1) the Clerk of Court – United States District Court for the Eastern District of Michigan Southern Division, Theodore Levin US Courthouse, 231 W. Lafayette Blvd., Room 599, Detroit, MI 48226; (2) US Attorney's Office, Attn: Peter F. Schneider, 211 W. Fort St., Ste. 2001, Detroit, MI 48226; and (3) the Defendant, judgement-debtor, Gregory McNight, 405 Harshman St., Rawlins, WY 82301.

Emilee Hoover
Senior Manager, Compliance Advisor

STATE OF NEW HAMPSHIRE

On this day, before me, the undersigned notary public, personally appeared Emilee Hoover, proved to me through satisfactory evidence of identification, which was a driver's license, to be the person whose name is signed on the preceding document, and acknowledged to me that she signed it voluntarily for its stated purpose.

In Witness Whereof, I hereunto set my hand and official seal.

Notary Public

Ryan Evans
Notary Public, State of New Hampshire
My Commission Expires June 1, 2027



July 28, 2026

Clerk of Court
United States District Court for the Eastern District of Michigan
Theodore Levin US Courthouse
231 W. Lafayette, Rm 599
Detroit, MI 48226

Re:  U.S. vs. Gregory McNight
NO. 12CR20101 01

Dear Sir/Madam:

Enclosed herewith please find the Answer of Garnishee.

Please note that Fidelity Investments is a trade name for a group of separate but affiliated companies.  This response is written on behalf of Fidelity Workplace Services LLC ("Fidelity") who provided administrative recordkeeping services for the General Motors Hourly Rate Employees Pension Plan ("Plan") which is a qualified defined benefit plan subject to both the provisions of the Internal Revenue Code of 1986, as amended ("Code") and the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). These services are provided in accordance with the terms of the Plan documents and are based on administrative procedures established at the direction of the Plan sponsor, General Motors Corporation.

Please contact me should you have any questions regarding this matter at WHCGRgulatoryMatters@fmr.com.

Very truly yours,

Emilee Hoover
Senior Manager, Compliance Advisor

Enclosures

cc:   Gregory McNight
      United States Attorney's Office

2 Conta Way
Merrimack, NH 03054



MANCHESTER NH 030

31 JUL 2026 AM 3

FIRST-CLASS

US POSTAGE ™ PITNEY BOWES

ZIP 03054
02 7H
0000199533

$ 000.78⁰
JUL 30 2026

RECEIVED
AUG - 4 2026
Clerk ϕ Congress
MATTHEW J. LEITMAN
U.S. DISTRICT JUDGE
USDC ED MI

US MARSHAL'S R E C E I V E D
CLERK'S OFFICE
DETROIT
AUG 0 4 2026

Theodore Levin Court house
231 W. Lafayette Rm 599
Detroit MI 48226

48226-277758

