UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff(s),

v.

Gregory N. McKnight,

Defendant(s).
______________________________/

Miscellaneous Case No. 26-50538

Case No. 26-cv-13022

Honorable Mark A. Goldsmith

**ORDER TRANSFERRING CASE FROM**
**MISCELLANEOUS DOCKET TO CIVIL DOCKET**

In accordance with the Guide to Judiciary Policy, Volume 18: Statistics, Chapter 3: Cases - District Courts, § 320.60 Civil Statistical Reporting Guide, Chapter 1 - Civil Actions to be Reported, and a contested proceeding having been conducted in this matter,

IT IS HEREBY ORDERED that this case be transferred from the miscellaneous docket to the civil docket and the Clerk submit a JS-5 report. All subsequent pleadings filed in this case shall bear the civil case number in accordance with E.D. Mich. LR 5.1.

IT IS FURTHER ORDERED that the statutory civil case filing fee

- [x] is waived.
- [ ] shall be paid within 10 days of this Order.

Date: August 18, 2026

s/Mark A. Goldsmith
Mark A. Goldsmith
U.S. District Judge

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: August 25, 2026

s/ S Schoenherr
Deputy Clerk